IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**YUANXIANG ZHANG, LIQIONG DENG, and CANWEN ZHANG**,

       Plaintiffs,

     v.

**BING'S RESTAURANT, INC.,** an Oregon domestic business corporation**, PAUL JOE, and SUE JOE**,

       Defendants.

No. 3:13-cv-00838-MO

DEFAULT JUDGMENT

**MOSMAN, J.**,

     Based upon my Opinion and Order,

     Pursuant to Fed. R. Civ. P. 55(b)(2) and based upon Plaintiffs' Motion for Judgment of Default Against all Defendants, and supporting Memorandum, Exhibits and Declaration,

     IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment is entered in favor of plaintiff YuanXiang Zhang against Defendant Bing's Restaurant in the amount of $105,316.98, plus his reasonable costs and attorneys' fees.

2. Judgment is entered in favor of plaintiff Liqiong Deng against Defendant Bing's Restaurant in the amount of $104,316.98, plus her reasonable costs and attorneys' fees.

3. Judgment is entered in favor of plaintiff Canwen Zhang against Defendant Bing's Restaurant in the amount of $14,107.68, plus his reasonable costs and attorney fees.

1 – DEFAULT JUDGMENT

4. Plaintiffs are ordered to submit a motion for reasonable attorneys' fees and costs within 14 days of the entry of this judgment, pursuant to Fed. R. Civ. P. 54(d)(2).

DATED this   3rd   day of November, 2014.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – DEFAULT JUDGMENT