**David H. Griggs, OSB No. 98243**
dgriggs@dolangriggs.com
DOLAN GRIGGS LLP
1130 S.W. Morrison, Suite 630
Portland, Oregon 97205
Telephone: (503) 228-7500
Fax: (503) 243-1188
Of Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **YUANXIANG ZHANG, LIQIONG DENG**, and **CANWEN ZHANG,**<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**BING'S RESTAURANT, INC.,** an Oregon domestic business corporation, **PAUL JOE,** and **SUE JOE,**<br><br>　　　　　　Defendants. | Case No. 3:13-cv-00838-MO<br><br>**NOTICE OF APPEAL** |

　　Notice is hereby given that Bing's Restaurant, Inc., Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Default Judgment entered in this action on the 3rd day of November, 2014.

　　DATED this 3rd day of December, 2014

　　　　　　　　　　　　　　　　　　　DOLAN GRIGGS LLP

　　　　　　　　　　　　　　　　　By:　/s/ *David H. Griggs*
　　　　　　　　　　　　　　　　　　　David H. Griggs, OSB No. 982436

1   - NOTICE OF APPEAL