UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 06 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YUANXIANG ZHANG; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>BING'S RESTAURANT, INC., an Oregon domestic business corporation,<br><br>        Defendant - Appellant,<br><br> and<br><br>PAUL JOE and SUE JOE,<br><br>        Defendants. | No. 14-36032<br><br>D.C. No. 3:13-cv-00838-MO<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered May 15, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Synitha Walker
Deputy Clerk
Ninth Circuit Rule 27-7