IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**YUANXIANG ZHANG**; **CANWEN ZHANG**; and **LIQIONG DENG**,

        Plaintiffs,

v.

**BING'S RESTAURANT, INC.**, an Oregon domestic business corporation; **PAUL JOE**; and **SUE JOE**,

        Defendants.

No. 3:13-cv-00838-MO

ORDER OF DEFAULT JUDGMENT

**MOSMAN, J.,**

Pursuant to Fed. R. Civ. P. 55(b) (2) and based upon Plaintiffs' Motion of Default Judgment Against all Defendants, and supporting Memorandum, Exhibits and Declarations, the records and file herein:

1. Judgment is entered in favor of plaintiff YUANXIANG ZHANG against all defendants BING'S RESTAURANT, INC., PAUL JOE, and SUE JOE, jointly and severally, in the amount of amount of $104,429.46, plus his reasonable costs and attorneys' fees.

2. Judgment is entered in favor of plaintiff LIQIONG DENG against all defendants BING'S RESTAURANT, INC., PAUL JOE, and SUE JOE, jointly and severally, in the amount of $104,429.46, plus her reasonable costs and attorneys' fees.

3. Judgment is entered in favor of plaintiff CANWEN ZHANG against all defendants BING'S RESTAURANT, INC., PAUL JOE, and SUE JOE, jointly

1 – ORDER OF DEFAULT JUDGMENT

and severally, in the amount of amount of $14,107.68 plus his reasonable costs

and attorneys' fees.

4. Plaintiffs are ordered to submit a motion for reasonable attorneys' fees and costs

within 14 days of the entry of this judgment, pursuant to Fed. R. Civ. Proc. 54(d).

This case is now closed.

IT IS SO ORDERED

DATED this _14_ day of February, 2020.

MICHAEL W. MOSMAN
United States District Judge

2 – ORDER OF DEFAULT JUDGMENT