IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**YUANXIANG ZHANG; CANWEN ZHANG;** and **LIQIONG DENG**,

    Plaintiffs,

v.

**BING'S RESTAURANT, INC.**, an Oregon domestic business corporation; **PAUL JOE**; and **SUE JOE**,

    Defendants.

No. 3:13-cv-00838-MO

ORDER FOR ATTORNEY'S FEES AND COSTS

**MOSMAN, J.,**

    Pursuant to Fed. R. Civ. Proc. 54(d), and based upon Plaintiffs' Motion for Attorney's Fees and Costs, and supporting Memorandum, Exhibits and Declarations, the records and files herein, I GRANT Plaintiffs' Motion for Attorney's Fees and Costs [ECF 132]. Defendants Bing's Restaurant, Inc., Paul Joe, and Sue Joe are jointly and severally liable for attorney's fees in the amount of $25,563.66 and for costs in the amount of $1,060.00.

    IT IS SO ORDERED

    DATED this _21_ day of February, 2020.

                                                                 MICHAEL W. MOSMAN
                                                                 United States District Judge